```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) 1:12-CR-00393-AWI-BAM
                                 )
12              Plaintiff,       ) PRELIMINARY ORDER OF
                                 ) FORFEITURE
13  v.                           )
                                 )
14  WILLIAM ELIZALDE,            )
                                 )
15              Defendant.       )
                                 )
16  _____ )
```

17     Based upon the plea agreement entered into between United States

18 of America and defendant William Elizalde, it is hereby

19 ORDERED, ADJUDGED AND DECREED as follows:

20     1.   Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),

21 defendant Ismael Arreguin's interest in the following property shall

22 be condemned and forfeited to the United States of America, to be

23 disposed of according to law:

24         a. a Polytechnologies, Model M-14s, .308 Assault Rifle,
           b. a Romarm, Model WSAR-10, 7.62 x 39 Assault Rifle,
25         c. a FMAP Rosario, Model LSR, .308 Assault Rifle,
           d. an AR-15 styule 5.56 caliber Assault Rifle,
26         e. a 7.62 x .54 rim, bolt action, Assault Rifle, serial
              number M440558601
27         f. a 7.62 x .54 rim, bolt action, Assault Rifle with no
              serial number listed,
28

        g. a bolt action rifle, serial number 5876,
        h. a 30-M1 Carbine, semiautomatic rifle, serial number 4228155,
        i. a 30-M1 Carbine, semiautomatic rifle, no serial number listed,
        j. a bolt action rifle, serial number U7708,
        k. a bolt action rifle, serial number 522K4,
        l. a bolt action rifle, serial number 154211,
        m. a semiautomatic handgun, serial number 220428,
        n. a semiautomatic handgun, serial number D7152,
        o. a Llama, Model Micromax, .380 caliber pistol, serial number 07042, and
        p. all ammunition and firearm parts seized in this case.

2. The above-listed assets constitute property used in a knowing violation of 18 U.S.C. § 922(g)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: __August 29, 2013__          _____
                                       SENIOR DISTRICT JUDGE